UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LOLA LUCIO, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 2:19-cv-11770-AJT-SDD |
| BIG JOHN STEAK AND ONION, INC<br>A Domestic Corporation | : |
| Defendant. | : |

**STIPULATED FINAL ORDER OF DISMISSAL**

The parties having stipulated to the entry of a Final Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Dated: August 28, 2019                    s/Arthur J. Tarnow
                                          SENIOR U.S. DISTRICT JUDGE

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Final Order to Dismiss the Complaint.

| | |
|---|---|
| Pete M. Monismith (P78186)<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorney for Plaintiff* | PATRICK S. MCKAY, ESQ.<br>KIRK, HUTH, LANGE<br>& BADALAMENTI, P.C.<br>19500 HALL ROAD, SUITE 100<br>CLINTON TOWNSHIP, MI 48038<br>586-412-4900 (OFFICE)<br>586-412-4949 (FAX)<br>pmckay@khlblaw.comcom<br>*Attorney for Defendant* |